UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 5-17-00662

Deborah J Sinatra

Debtor(s) : CHAPTER 13

## BUSINESS EXAMINATION REPORT

AND NOW, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, having performed an examination of the debtor's business submits the following report pursuant to U.S.B.C. 1302(c), 1106(a)(3) and 1106(a)(4):

1. An examination was performed on debtor's business which consisted of an interview with the debtor, a review of documents and information from a Certification of the business debtor, and a comparative analysis between the debtor's Chapter 13 Petition and Schedules and the information provided during the examination.

2. The Certification of Business Debtor is attached hereto and made a part hereof.

3. Debtor has cooperated in providing the information necessary in the completion of this report.

4. Debtor has filed income tax returns as indicated on the Certification. Copies of those returns were provided to the Trustee for review.

5. Proof of insurance including business liability and/or workman's compensation was provided by the debtor to the Trustee for review.

6. Debtor's applicable permits and/or business license are current.

7. Trustee, based upon the above investigation, has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of the debtor or to a cause of action available to the estate.

This Business Examination Report is prepared and presented by the Standing Chapter 13 Trustee to the best of his knowledge, information and belief. This report is for informational purposes only and is not an exhaustive financial analysis of the debtor's business. Parties desiring further information should consult their counsel and/or make further inquiry of the debtor.

Respectfully submitted,

9/15/17
Date

Charles J. DeHart, III
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 17-00662
Deborah J. Sinatra :
: CERTIFICATION OF BUSINESS
Debtor(s) : DEBTOR

I, Deborah Sinatra, being of full age and duly sworn upon my oath depose and say:

1. The principal business activity in which I am engaged is Interior Decorating

2. The name under which I conduct my business is Deborah Sinatra, which business entity is a sole proprietorship.

3. My principal business location is 6587 Rt 390 Cresco PA 18324

4. I have 0 employees and have filed quarterly tax returns through the quarter ending _____.

5. I have filed the federal income tax returns through the year ending December 31, 2015 with the Internal Revenue Service. Copies of the federal income tax returns along with supporting schedules for the last two years are attached.

6. I have filed the state income tax returns with the Commonwealth of Pennsylvania through the year ending December 31, 2015. Copies of the state income tax returns along with supporting schedules for the last two years are attached.

7. I have reviewed and completed the attached form regarding insurance coverage and certify that the information is true and correct. I have attached copies of the insurance policies as proof of coverage.

8. I am (am not) required to have a license to do business. A copy of my current license is attached.

9. My principal business records are located at 6587 Rt 390 Cresco PA 18324 The records are available for inspection by the Trustee or his designated representative.

10. My principal business banking relationship is with First Keystone Community Ban Copies of my bank statements for the six months preceding bankruptcy are attached.

11. Copies of financial statements furnished to a third party within two years preceding the filing of the petition including but not limited to balance sheet, income statement and cash flow statement are attached.

12. Monthly profit and loss statements for the six months preceding the filing of bankruptcy are attached.

13. Current schedule of accounts receivable and accounts payable are attached.

14. I have prepared the attached financial statement indicating the results of my first full calendar month of business operation following the filing of this case.

15. The name and address of my accountant, bookkeeper or tax preparer is
    John DeVivo 1 Washington St. East Stroudsburg PA 18301

This certification and all attachment are provided to the Standing Chapter 13 Trustee in accordance with Section 1302(c) of the United States Bankruptcy Code.

7/10/17
Date

_____
Debtor

_____
Joint Debtor