# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DEBORAH J. SINATRA<br>DBA: DEBORAH SINATRA INTERIORS<br>　　Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>　　Movant | CASE NO: 5-17-00662-RNO |
| DEBORAH J. SINATRA<br>DBA: DEBORAH SINATRA INTERIORS<br>　　Respondent(s) | |

## CERTIFICATION OF DEFAULT

AND NOW on May 12, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 12, 2020, the Debtor(s) is/are $3000.00 in arrears with a plan payment having last been made on Oct 24, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 12, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DEBORAH J. SINATRA
DBA: DEBORAH SINATRA INTERIORS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-00662-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 12, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE, PA 18431- | SERVED ELECTRONICALLY |
| DEBORAH J. SINATRA<br>134 GOLF DRIVE<br>CRESCO, PA 18326 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com