```
                           United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-00662-RNO
Deborah J. Sinatra                                                      Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke         Page 1 of 1          Date Rcvd: Jun 03, 2020
                              Form ID: pdf010         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
```
db             +Deborah J. Sinatra,   134 Golf Drive,   Cresco, PA 18326-7865
cr             +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
4887071        +Ars,   1801 Nw 66th Ave,   Fort Lauderdale, FL 33313-4571
4887599        +Commonwealth of Pennsylvania,   Department of Labor and Industry,   Collections Support Unit,
                 651 Boas Street, Room 702,   Harrisburg, PA 17121-0751
4903766         PA Department of Revenue,   PO Box 281041,   Harrisburg, PA 17128-1041
4903768        +Wilmington Savings Fund Society,   KML Law Group, P.C.,   701 Market St., Suite 5000,
                 Philadelphia, PA 19106-1541
4938032        +Wilmington Savings Fund Society, FSB, et al,   c/o Rushmore Loan Management Services,
                 PO Box 55004,   Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4926410         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 19:19:02
                 LVNV Funding LLC, C/O Resurgent Capital Services,   P.O. Box 10675,
                 Greenville, SC 29603-0675
4906936        +E-mail/Text: MKnitter@monroecountypa.gov Jun 03 2020 19:12:30
                 Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4892609        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 19:19:22
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4903765*       +Ars,   1801 Nw 66th Ave,   Fort Lauderdale, FL 33313-4571
4903767*       +Trident Asset Manageme,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
4887072       ##+Trident Asset Manageme,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
                                                                               TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Deborah J. Sinatra  jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Deborah J. Sinatra,** dba Deborah Sinatra Interiors | Chapter: |
| Debtor 1 | Case No.: 5:17-bk-00662-RNO |
| **Charles J. DeHart, III, Trustee** | |
| vs. Movant(s) | |
| **Deborah J. Sinatra** dba Deborah Sinatra Interiors Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed, after hearing held on June 3, 2020,

**IT IS ORDERED** that the above-named case of the debtor(s) is DISMISSED.

Dated: June 3, 2020

By the Court,

*/s/ Robert N. Opel, II*
Robert N. Opel, II, Bankruptcy Judge (BI)

Order Dismissing Case with Parties - Revised 9/17